HAYES H. GABLE III
Attorney at Law
1001 G Street, Suite 104
Phone: 916.446.3331
Fax: 916.447.2988
hhgable@gmail.com

Attorney for Defendant
AUGUSTINE CRUZ SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTIN CRUZ-SANCHEZ,<br><br>Defendant. | No. 2:18-cr-00171-MCE<br><br>REQUEST AND ORDER FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE IN LIEU OF VIDEO CONFERENCE APPEARANCE<br><br>DATE:  August 6, 2020<br>TIME:   10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr |

**REQUEST FOR WAIVER OF PERSONAL APPEARANCE**

Defendant Augustin Cruz-Sanchez, by and through his counsel of record, hereby requests waiver of his personal appearance in lieu of video conference appearance, pursuant to General Order 614, Covid-19, and current closure of the United States Eastern District of California courthouse to the public. The defendant has consulted with his attorney about this waiver consents to his counsel electronically signing on his behalf pursuant to General Order 616.

Dated: August 3, 2020        /s/ *Augustin Cruz-Sanchez*
                             Defendant

Dated: August 3, 2020        /s/ *Hayes H. Gable III*
                             HAYES H. GABLE III
                             Defendant
                             AUGUSTIN CRUZ- SANCHEZ

1

**ORDER**

The personal appearance of Defendant Augustin Cruz-Sanchez is hereby waived in lieu of video conference appearance pursuant to General Order 614, Covid-19, and the current closure of the United States Eastern District of California courthouse to the public.

IT IS SO ORDERED.

Dated: August 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE