IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:18-cr-00171-MCE |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| AGUSTIN CRUZ-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

CJA attorney Hayes H. Gable was relieved in court on August 06, 2020. CJA Panel attorney Toni White is hereby appointed effective August 19, 2020, the date the Office of the Federal Defender contacted her.

APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.

IT IS SO ORDERED.

Dated: August 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE