UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 14, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AGUSTIN CRUZ-SANCHEZ,

Defendant.

Case No. 2:18-CR-00171-MCE-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AGUSTIN CRUZ-SANCHEZ, Case No. 2:18-CR-00171-MCE-2 Charge 21 USC § 841(a)(1), from custody for the following reasons: for the following reasons:

____   Release on Personal Recognizance

  X    Bail Posted in the Sum of $   100,000

      X    Unsecured Appearance Bond $   20,000 (co-signed)

     ____  Appearance Bond with 10% Deposit

      X    Appearance Bond with Surety $ 80,000

     ____  Corporate Surety Bail Bond

      X    (Other): Defendant shall be released on 12/15/2020 after posting of a unsecured bond. With pretrial supervision and conditions of release as stated on the record in court.

Issued at Sacramento, California on December 14, 2020 at 3:50 p.m.

Dated: December 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE