**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
AGUSTIN CRUZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>AGUSTIN CRUZ-SANCHEZ,<br><br>             Defendant. | CASE NO. 2:18-CR-00171-TLN<br><br>**ORDER RE: MOTION TO RELEASE SEALED TRANSCRIPTS** |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that transcripts of the in camera proceedings on March 16, 2020 (court reporter Kimberly Bennett), ECF No. 90, and August 6, 2020 (court reporter Diane Shepard), ECF No. 127, relating to Mr. Cruz-Sanchez be released to defendant's counsel of record, Erin J. Radekin, upon filing of a transcript request for those proceedings pursuant to this Court's procedures and payment for preparation of the transcripts to the court reporters.

IT IS SO ORDERED.

Dated: May 9, 2023

_____
Troy L. Nunley
United States District Judge

1