**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
AGUSTIN CRUZ-SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AGUSTIN CRUZ-SANCHEZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-CR-00171-TLN<br><br>**ORDER RE REQUEST TO FILE EX PARTE MOTION UNDER SEAL** |

　　　Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Defendant's Ex Parte Motion for Appointment of Counsel and Attachment, shall be sealed under further order of this court.

Dated: December 12, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge

1