**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
AGUSTIN CRUZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br>                        Plaintiff, <br><br> v. <br><br> **AGUSTIN CRUZ-SANCHEZ,** <br><br>                        Defendant. | CASE NO. 2:18-CR-00171-TLN <br><br> **ORDER RE MOTION FOR APPOINTMENT OF COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that Defendant Agustin Cruz-Sanchez's Motion for Appointment of Counsel is granted.  CJA counsel Erin J. Radekin is appointed to represent Mr. Cruz-Sanchez in a motion pursuant to 28 U.S.C. § 2255 and/or a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

Dated: December 13, 2023

_____
Troy L. Nunley
United States District Judge