**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
AGUSTIN CRUZ-SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00171-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE OR FOR COMPASSIONATE RELEASE** |
| AGUSTIN CRUZ-SANCHEZ, | |
| Defendant. | |

The United States, by and through its attorney, David Spencer, and defendant Agustin Cruz-Sanchez, by and through his attorney, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Cruz-Sanchez's pro se motion to reduce sentence or for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 283.

The parties agree and stipulate as follows:

1.  On December 13, 2023, the Court granted Ms. Radekin's request to be appointed to investigate whether grounds for a motion under 28 U.S.C. § 2255 or motion for compassionate release under § 3582(c)(1)(A) exist in this case.  ECF No. 265.

2. On January 20, 2026, Mr. Cruz-Sanchez filed a motion for compassionate release in

1

pro per.  ECF No. 283.

3.  On January 28, 2026, the government filed a motion for extension of time to file a response to the pro se motion, ECF No. 284, and the Court granted the request, making the government's response to the motion due **February 27, 2026**, ECF No. 285.

4. Ms. Radekin has ordered and reviewed Mr. Cruz-Sanchez's BOP medical records and inmate data, and she has performed legal research regarding grounds for compassionate release in this case.  Ms. Radekin intends to support Mr. Cruz-Sanchez's motion for compassionate release and has communicated with Mr. Cruz-Sanchez about the proposed ground for the motion through a Spanish interpreter on more than one occasion.  There was a delay or interruption in the work due to the CJA funding crisis from about July 2025 through November 2025; however, Ms. Radekin sent Mr. Cruz-Sanchez a letter in Spanish on November 20, 2025, explaining the reasons for the delay and stating that she will not withdraw as counsel of record and will resume working on the motion for compassionate release given the restoration of funding.  Ms. Radekin then prepared a supportive declaration for Mr. Cruz-Sanchez to sign which she intended to attach to an amended motion for compassionate release or supplemental brief, and a letter with instructions, and provided them to a Spanish interpreter for translation.  Ms. Radekin sent Spanish translations of the letter and declaration to Mr. Cruz-Sanchez on February 3, 2026.  Mr. Cruz-Sanchez responded by letter to Ms. Radekin, in Spanish, but did not include the signed declaration.  Ms. Radekin has sent the letter to the Spanish interpreter for translation.

5.  Additional communication with Mr. Cruz-Sanchez either by letter or by confidential legal phone call through a Spanish interpreter is necessary for Ms. Radekin to make additional efforts to obtain a signed declaration from Mr. Cruz-Sanchez or obtain the information she seeks in another way to support his motion for compassionate release, and to prepare and file an

amended motion or supplemental brief.

6.  The parties have conferred, and Mr. Spencer has indicated he has no objection to Ms. Radekin's request for additional time to obtain supporting evidence and draft and file an amended motion for compassionate release or supplemental brief in support of Mr. Cruz-Sanchez's pro se motion.

7.  Accordingly, the parties now stipulate to the following modification of the briefing schedule: Mr. Cruz-Sanchez's amended motion for compassionate release or supplemental brief will be filed by **March 27, 2026**.  The government's opposition or response is then due no later than 30 days after the amended motion or supplemental brief is file; and any reply by Mr. Cruz-Sanchez is due no later than 30 days after the government files its opposition or response.

IT IS SO STIPULATED.                                Respectfully submitted,

Dated: February 26, 2026                            ERIC GRANT
                                                    United States Attorney

                                                     /s/ David W. Spencer
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney

Dated: February 26, 2026                            /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    AGUSTIN CRUZ-SANCHEZ

## ORDER

IT IS SO ORDERED this 27th day of February, 2026.

Troy L. Nunley
Chief United States District Judge

3