ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00171-TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |
| AGUSTIN CRUZ SANCHEZ, | |
| Defendant. | |

The United States, by and through its counsel, Eric Grant, United States Attorney, and David W. Spencer, Assistant United States Attorney, and defendant Agustin Cruz-Sanchez, by and through his attorney, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Cruz-Sanchez's pro se motion to reduce sentence or for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 283.

The parties agree and stipulate as follows:

1. On December 13, 2023, the Court granted Ms. Radekin's request to be appointed to investigate whether grounds for a motion under 28 U.S.C. § 2255 or motion for compassionate release under § 3582(c)(1)(A) exist in this case. ECF No. 265.

2. On January 20, 2026, Mr. Cruz-Sanchez filed a motion for compassionate release in pro per. ECF No. 283.

STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER

3. On January 28, 2026, the government filed a motion for extension of time to file a response to the pro se motion, ECF No. 284, and the Court granted the request, making the government's response to the motion due February 27, 2026, ECF No. 285.

4. On February 26, 2026, the parties filed a stipulation to vacate the briefing schedule to allow Cruz-Sanchez to file an amended motion for compassionate release, through counsel, by March 27, 2026, and for the government's opposition to be due 30 days after the filing of Cruz-Sanchez's amended motion. ECF No. 286. The Court signed the stipulation the next day. ECF No. 287.

5. Cruz-Sanchez filed his amended motion on April 27, 2026. ECF No. 288. The government's opposition is currently due on May 27, 2026.

6. The parties now agree and stipulate to continue the deadline for the government's opposition until July 9, 2026. By the end of June, the Supreme Court is expected to decide two pending cases that were argued in November 2025—*Rutherford v. United States*, No. 24-820 and *Fernandez v. United States*, No. 24-556—that may clarify the "extraordinary and compelling reasons" standard in 18 U.S.C. § 3582(c)(1)(A) in a way that may directly and materially impact this Court's resolution of the pending motion. In addition, the government has requested, and is waiting to receive, additional relevant records that it does not anticipate it will receive before the current deadline for its opposition.

7. The parties further stipulate and agree that the deadline for Cruz-Sanchez's reply will be August 10, 2026.

8. IT IS SO STIPULATED.

Dated: May 22, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  May 22, 2026
/s/ Erin J. Radekin
Erin J. Radekin
Counsel for Defendant
AGUSTIN CRUZ-SANCHEZ

**ORDER**

IT IS HEREBY ORDERED that the United States shall file its opposition to the pending Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release), ECF No. 288, no later than July 9, 2026.  Cruz-Sanchez shall file his reply, if any, no later than August 10, 2026.

Dated: May 26, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER