**ERIN J. RADEKIN, SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
AGUSTIN CRUZ-SANCHEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**AGUSTIN CRUZ-SANCHEZ,**<br>Defendant. | CASE NO. 2:18-CR-00171-TLN<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE REPLY** |

Good cause appearing, defendant Agustin Cruz-Sanchez's unopposed motion is GRANTED. The deadline for filing his reply in support of the motion for compassionate release is extended through September 24, 2026.

IT IS SO ORDERED.

Dated: August 10, 2026

Troy L. Nunley
Chief United States District Judge